IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH WALKER,<br><br>         Plaintiff,<br><br>    v.<br><br>ALTIUM PACKAGING, LLC,<br><br>         Defendant. | Civil Action No. 2:21-cv-01550-NBF<br><br>Judge Nora Barry Fischer<br><br>*Electronically Filed* |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Defendant Altium Packaging LP, incorrectly identified as "Altium Packaging, LLC," ("Altium" or "Defendant"), states that it is 52.7% owned by Loews Corporation, which is a publicly traded company, and 47% owned by GIC (Ventures) Pte. Ltd, a sovereign wealth fund of Singapore. By filing this Disclosure Statement, Defendant does not waive or forego any of its defenses.

Dated: January 20, 2022

Respectfully submitted,

*/s/ Katelyn W. McCombs*
Emilie R. Hammerstein (PA No. 307499)
ehammerstein@littler.com
Katelyn W. McCombs (PA No. 323746)
kmccombs@littler.com

LITTLER MENDELSON P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
Telephone: 412.201.7631 / 7641
Facsimile: 412.774.3756

*Attorneys for Defendant,*
*Altium Packaging, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January 2022, a copy of the foregoing Defendant's Corporate Disclosure Statement was filed using the Western District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Joshua P. Ward
J.P. Ward & Associates, LLC
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
jward@jpward.com

*Attorneys for Plaintiff*

/s/ *Katelyn W. McCombs*
Katelyn W. McCombs

4863-7814-6058.2 / 068158-1072