IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSH WALKER, | ) |
| Plaintiff, | ) ) ) Civil Action No. 21-1550 |
| v. | ) Judge Nora Barry Fischer ) ) |
| ALTIUM PACKAGING, L.P., | ) ) ) |
| Defendant. | ) |

**ORDER OF COURT**

AND NOW, this 18th day of August, 2022, the Court having held a hearing in this matter at which time the evidentiary record was closed, (Docket No. [64]),

IT IS HEREBY ORDERED that that a transcript of the proceedings shall be filed by **September 19, 2022**, the cost of preparation to be borne equally by the parties.

IT IS FURTHER ORDERED that the parties shall file proposed findings of fact by **October 20, 2022**.

FINALLY, IT IS ORDERED that the Court will take this matter under advisement upon receipt of the transcript and the further submissions by the parties.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record